1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States




FILED

APR 0 4 2012

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF: | 2:12-SW-00118-EFB |
| --- | --- |
|  | 2:12-SW-00119-EFB |
| 50% INTEREST IN THE $250,000.00 | 2:12-SW-00120-EFB |
| PROMISSORY NOTE SECURED BY REAL | 2:12-SW-00121-EFB |
| PROPERTY LOCATED AT 2129 EAST | 2:12-SW-00122-EFB |
| MAIN STREET, VISALIA, CALIFORNIA, | 2:12-SW-00123-EFB |
| TULARE COUNTY, APN: 098-110-026, | 2:12-SW-00124-EFB |
| INCLUDING ALL APPURTENANCES AND | 2:12-SW-00125-EFB |
| IMPROVEMENTS THERETO, | 2:12-SW-00126-EFB |
|  | 2:12-SW-00127-EFB |
| 5.0607% INTEREST IN CHINA ROAD, | 2:12-SW-00128-EFB |
| LLC, HELD IN THE NAME OF |  |
| PACIFIC FACILITIES & DEVELOPMENT, |  |
| LLC, |  |
|  | ORDER RE: REQUEST TO |
| 51% INTEREST IN EARTHSAVERS | UNSEAL SEIZURE WARRANTS |
| EROSION CONTROL, LLC, HELD IN THE | AND SEIZURE WARRANT |
| NAME OF DARRELL HINZ, | AFFIDAVIT |
| 2,363 SHARES OF GREATER |  |
| SACRAMENTO BANCORP HELD |  |
| IN THE NAME OF DARRELL HINZ, |  |
| 2,363 SHARES OF GREATER |  |
| SACRAMENTO BANCORP HELD IN THE |  |
| NAME OF GREGORY S. BAKER, |  |
| ANY AND ALL OWNERSHIP INTEREST |  |
| IN DOUBLE CREEK RANCH, LLC, HELD |  |
| IN THE NAMES OF DARRELL HINZ, |  |

| | |
|---|---|
| 1<br>2 | ANY AND ALL OWNERSHIP INTEREST IN DOUBLE CREEK RANCH, LLC, HELD IN THE NAMES OF GREGORY BAKER, |
| 3<br>4<br>5<br>6 | ALL FUNDS MAINTAINED AT 49ER CREDIT UNION BANKACCOUNT NUMBER 1096173, HELD IN THE NAMES OF GREGORY S. BAKER AND DARRELL HINZ, WITH AN APPROXIMATE BALANCE OF $50,293 (PLUS ACCRUED INTEREST), |
| 7<br>8 | 2010 MERCEDES-BENZ CLS550, VIN: WDDDJ7CB3AA165644, LICENSE NUMBER 6SYA458, |
| 9<br>10<br>11<br>12<br>13 | $1,931,118.00 INTEREST IN THE $2,437,500.00 PROMISSORY NOTE SECURED BY REAL PROPERTY LOCATED ON PLACER CORPORATE DRIVE, ROCKLIN, CALIFORNIA, PLACER COUNTY, APN: 017-270-070, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and |
| 14<br>15 | ALL FUNDS MAINTAINED AT PREMIERWEST BANKACCOUNT NUMBER 083500859, UP TO AND INCLUDING $62,576, |
| 16 | DEFENDANTS. |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above-captioned proceedings be and are hereby unsealed.

Date: **April 3**, 2012

*/s/ Dale A. Drozd*
DALE A. DROZD
United States Magistrate Judge